UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael Lamont CROCKETT,
Defendant–Appellant.

No. 04–15109.

D.C. Docket No. 03–000627–CR–P–S.

United States Court of Appeals,
Eleventh Circuit.

July 28, 2005.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Donald L. Colee, Jr., Law Office of Donald L. Colee, Jr., Birmingham, AL, for Defendant–Appellant.

Before BLACK, BARKETT and PRYOR, Circuit Judges.

Non–Argument Calendar

PER CURIAM.

Donald E. Colee, Jr., appointed counsel for Michael L. Crockett in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and